389 A.2d 199

Commonwealth v. Panziani, Appellant.

Submitted November 23, 1977. James M. Keller, for appellant; Paul W. Johnson, Assistant District Attorney, and Donald E. Williams, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.